JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK C. NICHOLS, ) | Case No: 5:17-CV-00197-JCG |
| ) | |
| Plaintiff ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

 Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

 IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: November 13, 2017 _____
 THE HONORABLE JAY C. GANDHI
 United States Magistrate Judge

-1-